60035. HOBBS et al. v. CROW, POPE & LAND ENTERPRISES INC. et al.

BIRDSONG, Judge.
Fulton Superior Court entered an order dismissing the appellant's suit with prejudice, on April 16, 1979. Appellant filed a "motion for new hearing and to reconsider order" on May 7, 1979. On July 17, 1979, the trial court denied appellant's motions; appellant filed notice of appeal in the case on August 17, 1979. Aside from the fact that the notice of appeal was filed thirty-one days after the order on motion for reconsideration, this appeal is governed by the rule in *Fowler v. Lewis,* 150 Ga. App. 174 (257 SE2d 21) and, accordingly, we dismiss. See *Buchanan v. James,* 134 Ga. 475, 476 (3) (68 SE 72).
*Appeal dismissed. Deen, C. J., and Sognier, J., concur.*

ARGUED JUNE 2, 1980 — DECIDED SEPTEMBER 12, 1980.

*John M. Turner, Jr.,* for appellants.
*Christopher Glenn Sawyer, Robert G. Holt,* for appellees.